BENZ & CIE (RHENISH AUTOMOBILE AND MOTOR FACTORY, INC.), Respondent, v. JESSE FROEHLICH, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 7th day of March, 1914, granting a motion for a commission on written interrogatories.

PER CURIAM: The order appealed from should be modified by allowing the defendant either to join in the commission with written cross-interrogatories or to attend and cross-examine the witnesses orally as he shall elect. As so modified the order is affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion and as modified affirmed, without costs. Order to be settled on notice.

———

GUISSIPPE CRAPRIZZIO, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 13th day of January, 1914, upon the verdict of a jury, and also from an order entered on the same day denying a motion for a new trial.

PER CURIAM: We think the finding of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence was against the weight of evidence. The judgment and order appealed from are, therefore, reversed and a new trial ordered, with costs to appellant to abide the event. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.; Ingraham, P. J., concurred in the reversal upon the ground that the evidence is insufficient to justify the finding of the jury that the defendant was guilty of negligence. Judgment and order reversed, new trial ordered, costs to appellant to abide event. Order to be settled on notice.

———

JENNIE FRANK, Respondent, v. BELNORD REALTY COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 5th day of December, 1913, upon the verdict of a jury, and also from an order entered on the 9th day of December, 1913, denying a motion for a new trial.

PER CURIAM: We think there was no evidence to justify the submission of the question of the defendant's negligence to the jury. The judgment and order appealed from are, therefore, reversed, with costs, and the complaint dismissed, with costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ. Judgment and order reversed, with costs, and complaint dismissed, with costs. Order to be settled on notice.